IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00049-WYD-MEH

DANIKA GONZALES, and
FELICIA VALDEZ,

      Plaintiffs,

v.

CITY OF TRINIDAD, COLORADO,
PHIL MARTIN, a Detective Sergeant of the Trinidad Police Department, in his individual and
official capacities, and
ARSENIO VIGIL, a Detective Sergeant of the Trinidad Police Department, in his individual and
official capacities,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 3, 2015**.

The Joint Motion for Entry of a Stipulated Protective Order [filed March 3, 2013; docket #20] is **denied without prejudice**, and the proposed Stipulated Protective Order is refused.  The Court rejects any request to retain continuing jurisdiction over an action that has been closed.  *See* Proposed Stipulated Protective Order, ¶ 9, docket #20-1.

The parties are granted leave to submit a revised proposed protective order consistent with minute order, and shall submit a copy of the revised order in useable format (Word, Word Perfect) to my Chambers at hegarty_chambers@cod.uscourts.gov.