IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00049-WYD-MEH

DANIKA GONZALES, and
FELICIA VALDEZ,

    Plaintiffs,

v.

CITY OF TRINIDAD, COLORADO,
PHIL MARTIN, a Detective Sergeant of the Trinidad Police Department, in his individual and official capacities, and
ARSENIO VIGIL, a Detective Sergeant of the Trinidad Police Department, in his individual and official capacities,

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 4, 2015**.

    The renewed Joint Motion for Entry of a Stipulated Protective Order [filed March 4, 2013; docket #24] is **granted**. The proposed Stipulated Protective Order is accepted and filed with this minute order.