IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00049-WYD-MEH

DANIKA GONZALES, and
FELICIA VALDEZ,

      Plaintiffs,

v.

CITY OF TRINIDAD, COLORADO;
PHIL MARTIN, a Detective Sergeant of the Trinidad Police Department of the City of
Trinidad, in his individual capacity; and
ARSENIO VIGIL, a Detective Sergeant of the Trinidad Police Department of the City of
Trinidad, in his individual capacity;

      Defendants.

---

### MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      The Joint Motion to Administratively Close Case (ECF No. 43) is **DENIED WITHOUT PREJUDICE** due to the parties' failure to provide a basis for the requested relief.  However, should the parties choose to refile the motion with appropriate support, I will consider the request for an administrative closure under D.C.COLO.LCivR 41.2.

      Dated:  July 6, 2015